Certificate Number: 15317-PAE-DE-029857844

Bankruptcy Case Number: 12-18252



15317-PAE-DE-029857844

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 11, 2017, at 10:18 o'clock AM PDT, Robert S Bowen completed a course on personal financial management given by internet by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   September 11, 2017            By:    /s/Eunice Francia

Name:  Eunice Francia

Title:   Counselor