United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 12-18252-amc
Robert S. Bowen                                                           Chapter 13
Agnes P. Bowen
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: DonnaR              Page 1 of 2           Date Rcvd: Nov 16, 2017
                              Form ID: 138NEW           Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 18, 2017.
```
db/jdb         +Robert S. Bowen,    Agnes P. Bowen,    301 West Market Street,    Apt. 5,
                 Perkasie, PA 18944-4801
12846621       ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court: Bank Of America,     PO Box 982238,    El Paso, TX  79998-2238)
12846622        Bank Of America,    PO Box 45224,    Jacksonville, FL  32232-5224
12846628        Capital One,    PO Box 30285,    Salt Lake City, UT  84130-0285
12868087        Capital One, N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
12846629        Cardmember Services,    PO Box 15298,    Wilmington, DE  19850-5298
12846630       +Diana M. Dixon,    107 N. Broad Street,    Suite 307,   Doylestown, PA 18901-3755
12846631       +Diana M. Dixon, Esq.,    107 N. Broad Street,    Suite 307,   Doylestown, PA 18901-3755
12859583        FIA CARD SERVICES, N.A.,     4161 Piedmont Parkway,    NC4 105 03 14,    Greensboro, NC 27410
12862015        Marine Federal Credit Union,     PO Box 1336,   Jacksonville NC 28541-1336
12846635       +Marine Federal Credit Union,     PO Box 1551,   Jacksonville, NC 28541-1551
12846637       +Robert S. & Agnes P. Bowen,     301 W. Market Street,    Apt. 5,   Perkasie, PA 18944-4801
12846638        Sears Card,    PO Box 6282,    Sioux Falls, SD  57117-6282
12846639       +Surgery Center of Allentown,     250 Cetronia Road,    #300,   Allentown, PA 18104-9168
13839320       +Thomas Puleo,    KML Law Group P.C.,    c/o Bank of America,    701 Market Street ste 5000,
                 Philadelphia Pa 19106-1541
13488312       +WELLS FARGO BANK, N.A,    c/o JOSEPH PATRICK SCHALK,     Phelan Hallinan, LLP,
                 1617 JOHN F. KENNEDY BLVD. SUITE 1400,     PHILADELPHIA, PA 19103-1814
13003661       +Wells Fargo Bank, N.A.,     Attention: Bankruptcy Department,    MAC # D3347-014,
                 3476 Stateview Boulevard,    Fort Mill, Sc 29715-7203
12846641       +Wells Fargo Home Mortgage, Inc,     PO Box 10335,   Des Moines, IA 50306-0335
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: bankruptcy@phila.gov Nov 17 2017 01:53:15      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 17 2017 01:52:14
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 17 2017 01:52:56      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
12846620        E-mail/Text: legal@arsnational.com Nov 17 2017 01:51:50      ARS National Services, Inc.,
                 PO Box 463023,    Escondido, CA  92046-3023
12846625        E-mail/Text: bankruptcy@bbandt.com Nov 17 2017 01:51:47      BB&T,    PO Box 1489,
                 Lumberton, NC  28359-1489
12846624        E-mail/Text: bankruptcy@bbandt.com Nov 17 2017 01:51:47      BB&T,    PO Box 2306,
                 Wilson, NC  27894-2306
12875656        E-mail/Text: bankruptcy@bbandt.com Nov 17 2017 01:51:47      Branch Banking & Trust Company,
                 PO Box 1847,    Wilson NC 27894
12846623       +E-mail/Text: bankruptcy@bbandt.com Nov 17 2017 01:51:47      BB&T,    200 W. 2nd Street,
                 Winston Salem, NC 27101-4049
12846632        E-mail/PDF: gecsedi@recoverycorp.com Nov 17 2017 01:45:38      GE Money Bank (Sleepy’s),
                 PO Bos 981127,    El Paso, TX  79998-1127
12846634       +E-mail/Text: cio.bncmail@irs.gov Nov 17 2017 01:51:43      IRS,    PO Box 7346,
                 Philadelphia, PA 19101-7346
12846636        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 17 2017 02:01:06
                 Portfolio Recovery Associates,    ATTN: Robert N. Polas, Jr Esq.,    140 Corporate Blvd.,
                 Norfolk, VA  23502
12937589        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 17 2017 02:01:05
                 Portfolio Recovery Associates, LLC,    POB 41067,   Norfolk VA 23541
12846642       +E-mail/Text: BKRMailOps@weltman.com Nov 17 2017 01:52:35      Weltman, Weinberg & reis Co.,
                 175 South 3rd Street,    Suite 900,   Columbus, OH 43215-5166
                                                                                              TOTAL: 13

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
12846757*       ARS National Services, Inc.,    PO Box 463023,    Escondido, CA  92046-3023
12846627*      +Agnes P. Bowen,   301 West Market Street,    #5,   Perkasie, PA 18944-4801
12846764*      +Agnes P. Bowen,   301 West Market Street,    #5,   Perkasie, PA 18944-4801
12846758*      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court: Bank Of America,     PO Box 982238,    El Paso, TX  79998-2238)
13227460*      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court: Bank of America,     4161 Piedmont Parkway,   Greensboro, NC 27410)
12846762*      ++BB AND T,    PO BOX 1847,    WILSON NC 27894-1847
                 (address filed with court: BB&T,    PO Box 1489,    Lumberton, NC  28359-1489)
12846761*      ++BB AND T,    PO BOX 1847,    WILSON NC 27894-1847
                 (address filed with court: BB&T,    PO Box 2306,    Wilson, NC  27894-2306)
12846760*      +BB&T,    200 W. 2nd Street,    Winston Salem, NC 27101-4049
12846759*       Bank Of America,    PO Box 45224,    Jacksonville, FL  32232-5224
12846765*       Capital One,    PO Box 30285,    Salt Lake City, UT  84130-0285
12846766*       Cardmember Services,    PO Box 15298,    Wilmington, DE  19850-5298
12846767*      +Diana M. Dixon,    107 N. Broad Street,    Suite 307,   Doylestown, PA 18901-3755
```

```
District/off: 0313-2           User: DonnaR              Page 2 of 2                    Date Rcvd: Nov 16, 2017
                               Form ID: 138NEW           Total Noticed: 31


              ***** BYPASSED RECIPIENTS (continued) *****
12846768*      +Diana M. Dixon, Esq.,    107 N. Broad Street,    Suite 307,    Doylestown, PA 18901-3755
13371950*      +Diana M. Dixon, Esq.,    107 N. Broad Street,    Suite 307,    Doylestown, PA 18901-3755
12846769*       GE Money Bank (Sleepy’s),    PO Bos 981127,    El Paso, TX   79998-1127
12846770*       IC Systen,    PO Box 64886,    St. Paul, MN   55164-0886
12846771*      +IRS,   PO Box 7346,    Philadelphia, PA 19101-7346
12846772*      +Marine Federal Credit Union,     PO Box 1551,    Jacksonville, NC 28541-1551
12846773*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,     PO BOX 41067,    NORFOLK VA 23541-1067
               (address filed with court: Portfolio Recovery Associates,     ATTN: Robert N. Polas, Jr Esq.,
                140 Corporate Blvd.,    Norfolk, VA   23502)
12846774*      +Robert S. & Agnes P. Bowen,     301 W. Market Street,    Apt. 5,    Perkasie, PA 18944-4801
12846626*      +Robert S. Bowen,    301 West Market Street,    Apt. 5,    Perkasie, PA 18944-4801
12846763*      +Robert S. Bowen,    301 West Market Street,    Apt. 5,    Perkasie, PA 18944-4801
12846775*       Sears Card,    PO Box 6282,    Sioux Falls, SD   57117-6282
12846776*      +Surgery Center of Allentown,     250 Cetronia Road,    #300,    Allentown, PA 18104-9168
12846777*      +Transworld Systems, Inc.,     2235 Mercury Way,    Suite 275,    Santa Rosa, CA 95407-5463
12846778*      +Wells Fargo Home Mortgage, Inc,     PO Box 10335,    Des Moines, IA 50306-0335
12846779*      +Weltman, Weinberg & reis Co.,     175 South 3rd Street,    Suite 900,    Columbus, OH 43215-5166
12846633     ##IC Systen,    PO Box 64886,    St. Paul, MN   55164-0886
12846640    ##+Transworld Systems, Inc.,     2235 Mercury Way,    Suite 275,    Santa Rosa, CA 95407-5463
                                                                                              TOTALS: 0, * 27, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 18, 2017                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 16, 2017 at the address(es) listed below:
              ANDREW  SPIVACK    on behalf of Creditor    WELLS FARGO BANK, N.A. paeb@fedphe.com
              ANDREW F GORNALL    on behalf of Creditor    BANK OF AMERICA, N.A. agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              DIANA M. DIXON    on behalf of Debtor Robert S. Bowen dianamdixonesq@gmail.com
              DIANA M. DIXON    on behalf of Joint Debtor Agnes P. Bowen dianamdixonesq@gmail.com
              LOUIS P. VITTI    on behalf of Creditor   Marine Federal Credit Union jennifer@vittilaw.com,
               tiffany@vittilaw.com
              THOMAS I. PULEO    on behalf of Creditor    BANK OF AMERICA, N.A. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                              TOTAL: 8
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Robert S. Bowen and Agnes P. Bowen
    Debtor(s)

Bankruptcy No: 12−18252−amc
Chapter: 13

___

*NOTICE*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

  1. The Standing Chapter 13 Trustee has filed his final report and account.

  2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

      900 Market Street
      Suite 400
      Philadelphia, PA 19107

within 30 days from the date of this notice.

  3. In the absence of any objection, the Court may enter the Order of Discharge.

      For The Court

      Timothy B. McGrath
      Clerk of Court

Dated: 11/16/17

82 − 81
Form 138_new